IN THE COMMONWEALTH COURT OF PENNSYLVANIA

James D. Schneller,                  :
           Appellant       :
                                 :
         v.              :     No. 352 C.D. 2016
                                 :
Clerk of Courts of the First     :
Judicial District of Pennsylvania;  :
Prothonotary of the First       :
Judicial District of Pennsylvania  :

## **O R D E R**

NOW, December 15, 2016, having considered appellant's application for reconsideration/reargument *en banc*, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge